**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Patrick Fitzgerald KELLY,**
**Defendant–Appellant.**

No. 15–40395.

United States Court of Appeals,
Fifth Circuit.

Sept. 22, 2015.

Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX, for Plaintiff–Appellee.

Patrick Fitzgerald Kelly, Big Spring, TX, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Patrick Fitzgerald Kelly, federal prisoner # 14142–078, was sentenced to 240 months of imprisonment after pleading guilty to possession of a firearm in furtherance of a drug trafficking crime. The district court entered the judgment of conviction in August 2007. Kelly filed a notice of appeal from the judgment in March 2015, more than seven years after entry of judgment and well beyond the time for appealing and the time for extending the appeal period. *See* FED. R.APP. P. 4(b)(1)(A), (b)(4). Kelly's appeal, which is far outside the time limit, is frivolous. *See United States v. Leijano–Cruz*, 473 F.3d 571, 574 (5th Cir.2006). Consequently, the appeal is DISMISSED, *see* 5TH CIR. R. 42.2, and Kelly's motions for appointment of counsel and leave to proceed in forma pauperis are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.